IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTORIA VILLEGAS and
SIXTO VILLEGAS

       Plaintiffs,

   v.

BAYER CORPORATION;
BAYER AG;
GLAXOSMITHKLINE, PLC;
GLAXOSMITHKLINE;
SMITHKLINE BEECHAM

       Defendants.

:
:
:   CIVIL ACTION NO.  02-CV-3378
:
:
:
:
:
:   ENTRY OF APPEARANCE
:
:
:
:
:
:
:

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____
Hope S. Freiwald

_____
Alison T. Conn

_____
Aline Fairweather

_____
Kirstin J. Miller

Dated: July _____, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000